On respondent's motion to reconsider order filed March 12, petitioners' response filed April 19, and respondent's reply filed June 28; reconsideration allowed, previous order entered February 26 vacated, judicial review dismissed September 25, 2019

Jessie L. JONES,
*Petitioner,*

*v.*

PORTLAND COMMUNITY COLLEGE,
*Respondent.*

A168329

448 P3d 1197

P.K. Runkles-Pearson and Miller Nash Graham & Dunn LLP for motion and reply.

Harrison Latto for response.

Before DeVore, Presiding Judge, and Egan, Chief Judge, and Powers, Judge.

PER CURIAM

Reconsideration allowed; previous order entered February 26, 2019, vacated; judicial review dismissed. *Deyette v. Portland Community College (A168322)*, 299 Or App 305, 450 P3d 1037 (2019).